# EXHIBIT A

# WASHTENAW COUNTY EMPLOYEE GUIDEBOOK



**Prepared by the
Washtenaw County
Human Resources Department**

**2024**

## TABLE OF CONTENTS

INTRODUCTION ....................................................................................................................... 3
      Washtenaw County Administration ............................................................................... 3
      Elected Officials .......................................................................................................... 3

WAGES ................................................................................................................................... 4
      Pay Period ................................................................................................................... 4
      Pay Disbursement ...................................................................................................... 4
      Pay Plans/Grades ...................................................................................................... 4
      Overtime Pay .............................................................................................................. 4

FRINGE BENEFITS ................................................................................................................. 4-6
      Benefit Eligibility ......................................................................................................... 4
      Healthcare Benefits .................................................................................................... 4
      Retirement Benefits .................................................................................................... 5
      WCDC .......................................................................................................................... 5
      WCERS ....................................................................................................................... 5
      MERS .......................................................................................................................... 5
      457 .............................................................................................................................. 5
      Holidays ...................................................................................................................... 5
      Tuition Reimbursement ............................................................................................... 6
      Employee Assistance Program ................................................................................... 6
      Professional Development ........................................................................................... 6

TIME OFF ................................................................................................................................ 6-7
      Vacation ...................................................................................................................... 6
      Sick ............................................................................................................................. 6
      Funeral / Bereavement .............................................................................................. 7
      Jury Duty ..................................................................................................................... 7
      Personal ...................................................................................................................... 7

LEAVING COUNTY EMPLOYMENT ....................................................................................... 7
      Resignation ................................................................................................................. 7
      Retirement .................................................................................................................. 7
      Layoffs ........................................................................................................................ 7
      Dismissal .................................................................................................................... 7

ADDITIONAL INFORAMTION .................................................................................................. 7-8
      Workday ...................................................................................................................... 7
      Breaks ........................................................................................................................ 8
      Parking ....................................................................................................................... 8
      Outside Employment .................................................................................................. 8
      Probationary Period .................................................................................................... 8
      Performance Evaluations ............................................................................................ 8
      Raises and Pay Increase ............................................................................................ 8
      Inclement Weather ...................................................................................................... 8

IMPORTANT THINGS TO KNOW ............................................................................................ 8-9
      Affirmative Action ........................................................................................................ 8
      Sexual Harassment .................................................................................................... 9
      Safety Philosophy ....................................................................................................... 9
      Time Sheets ................................................................................................................ 9
      Punctuality and Attendance ........................................................................................ 9
      Gifts and Favors ......................................................................................................... 9
      Political Activity ........................................................................................................... 9
      Changes In Personal Information ................................................................................ 9
      Identification Cards ..................................................................................................... 9
      Evacuation of Buildings .............................................................................................. 9
PERSONNEL POLICIES AND PROCEDURES MANUAL ....................................................... 11-13

## INTRODUCTION

Welcome to Washtenaw County!  As an employee, you may have questions regarding benefits, obligations, work rules, policies and procedures, and other related matters.  It is the intent of this guidebook to provide information and Frequently Asked Questions on personnel issues which are of common interest to many employees as well as guide you in your rights and obligations in your employment relationship with Washtenaw County.  In addition, there is a more detailed set of personnel policies and procedures available on eCentral.  While this guidebook's contents provide an overview of the Washtenaw County Personnel Policies and Procedures, the actual policies should be consulted for more detailed information.  The Table of Contents to the Policies and Procedures Manual is provided at the end of this guidebook.  Further questions or details should be discussed with your department supervisor or the Human Resources Department.

The information in this booklet is for reference purposes.  Many employee groups are covered by collective bargaining agreements which may differ slightly according to employee group classification. Collective bargaining agreements may also have more detail on specific areas of the contract, please review your collective bargaining agreement for more details.  Due to the diversity of the County's workforce and its multiple collective bargaining unit representations, not all information provided in this guidebook not all County policies and/or procedures will apply precisely in each case.  When there is a variance on specific topics between these policies and current collective bargaining agreements, the contract language shall apply for employees represented by that contract.

Court Employees are not County employees pursuant to the Michigan Constitution.  On January 21, 2004, the Court and the County Board of Commissioners executed a Memorandum of Understanding specifying the rights and duties of each party with respect to budgetary and operational issues.  The policies are designated to protect all of these parties and, unless specifically prohibited or excluded by law, court order or written court policy, they are applicable to all court employees.  For those employees not covered by a collective bargaining agreement, the Washtenaw County Personnel Policies and Procedures shall constitute their terms and conditions of employment.

### Washtenaw County Administration

Washtenaw County government has an elected Board of nine (9) Commissioners and an appointed County Administrator.  The County government is comprised of 30+ departments with approximately 1,400 employees.  Departments may have either an elected or appointed department head.

### Elected Officials

Departments with elected department heads are:  Treasurer, County Clerk/Register of Deeds, Sheriff, Prosecuting Attorney, and Water Resources Commissioner.  Other elected officials include Board of Commissioners and Judges of the Trial Court and District Court.

## WAGES

### Pay Period

Washtenaw County employees are paid bi-weekly.  Pay periods begin Sundays at 12:01 a.m. and end fourteen (14) days later on Saturday at 12:00 midnight. Pay is distributed on the Friday following the end of each pay period except if Friday is a holiday, in which pay will be distributed on Thursday.

### Pay Disbursement

Employees are paid by Direct Deposit (in which paychecks are automatically deposited to a financial institution of your choice) or by CompCARD MasterCard® Card (in which paychecks are deposited to a prepaid debit card).  More information is available on eCentral.

### Pay Plans/Grades/Bands

Washtenaw County has established a pay plan for positions as classifications with a set range of pay.  Pay grades are based on assessment of the duties performed as well as the training and experience required for a job, and in some cases may be determined as a result of collective bargaining unit negotiations.

### Overtime Pay

All overtime work must be approved in advance by your supervisor.  Non-exempt employees authorized to work overtime shall be paid time and one-half for all hours in excess of their normal work schedules (for the majority of employees, that schedule shall be defined as thirty-seven and one half (37½) hours in a week), unless exception applies.
- ❖ The County shall not authorize payment for overtime hours for exempt non-union employees and/or elected officials.
- ❖ The County shall not authorize payment for overtime hours for exempt collective bargaining unit employees unless specified by collective bargaining agreement.

## FRINGE BENEFITS

**Detailed information on current plans offered and required employee contributions may be obtained on eCentral or by contacting Human Resources.**

### Benefit Eligibility

Full-time regular employees and eligible dependents.  Part-time regular employees may choose to purchase select benefits by paying 50% of the premiums.  Employees working less than part-time do not receive fringe benefits unless they meet the eligibility for the Affordable Care Act (ACA) with a minimum of 30 hours per week.

Additional dependents gained by marriage, birth or adoption, must be added within thirty (30) days of the qualifying event.  In certain circumstances, coverage may be available for other dependents age 19-26, or for those over age 26, who qualify.  All other dependents can be added once a year during Open Enrollment with changes effective the 1st of January.

### Benefits

Washtenaw County offers the following core benefits: Medical, Dental, Life, and Long-Term Disability.  Washtenaw County also offers the follow optional benefits: Vision, Short-Term Disability, Accident as well as Critical Illness policies.

**Retirement Programs**

Full-time regular employees are required to participate in a core retirement program. Eligible employees hired on or after January 1, 2014, are enrolled in the Washtenaw County Defined Contribution (WCDC) Plan.

Part-time regular employees may enroll with a pro-rated contribution to actual time worked. Eligible employees hired prior to January 1, 2014, may be in the Washtenaw County Employees Retirement System (WCERS) or the WCDC.

Full-time regular Sheriff Department employees working a minimum of 10 (ten) – eight-hour days in a month are enrolled in the Municipal Employees' Retirement System of Michigan (MERS). The County also offers a voluntary deferred compensation plan (457).

**Washtenaw County Defined Contribution (WCDC) Plan**

In the Washtenaw County Defined Contribution (WCDC) Plan, the County and the employee each contribute a percentage of the employee's bi-weekly compensation, which is then invested at the direction of the employee. County contributions are subject to a tiered vesting schedule as defined with the employee's collective bargaining agreement or County policy for non-union employees.

**Washtenaw County Employees Retirement System (WCERS)**

In the Washtenaw County Employees Retirement System (WCERS), the employee contributes a defined percentage of their bi-weekly compensation that can be used in combination with other assets to ensure a guaranteed, lifetime monthly benefit. Employees must meet minimum vesting requirements in order to qualify.

**Municipal Employees Retirement System (MERS)**

In the Municipal Employees Retirement System (MERS), the employee contributes a defined percentage of their bi-weekly compensation that can be used in combination with other assets to ensure a guaranteed, lifetime monthly benefit. Employees must meet minimum vesting requirements in order to qualify.

**457 - Deferred Compensation Plan**

With the deferred compensation plan, employees may elect to have additional funds deducted (through payroll) from their pay and put into a retirement savings plan (separate from WCDC, WCERS, and/or MERS).

**County Paid Holidays**

Most full-time regular employees, apart from the Sheriff's Department, are granted time-off with pay for the following holidays:

- New Year's Day (January 1)
- Martin Luther King Day (Third Monday in January)
- President's Day (Third Monday in February)
- Memorial Day (Last Monday in May)
- Juneteenth (June 19th)
- July 4th
- Labor Day (First Monday in September)
- Indigenous Peoples Day (Second Monday in October)
- Veterans' Day (November 11)
- Thanksgiving Day (Fourth Thursday in November)
- Day After Thanksgiving (Fourth Friday in November)
- Christmas Eve
- Christmas Day (December 25)
- New Year's Eve

Should a holiday fall on Saturday, Friday shall be considered as the holiday. Should a holiday fall on Sunday, Monday shall be considered as the holiday.

5

**Tuition Reimbursement Program**
Following one year of full-time regular employment, employees are eligible for 50% reimbursement (100% reimbursement for Sheriff's Department) on pre-approved courses that are completed satisfactorily.  Reimbursement for some classes may be considered taxable income under federal law.  Review your collective bargaining agreement for more details.

**Employee Assistance Program (EAP)**
The Employee Assistance Program is designed to provide assistance to all County employees, their immediate family members, and members of the employee's household experiencing personal problems. The EAP offers confidential assistance with behavioral or medical problems such as alcoholism, drug dependency and gambling, as well as emotional and marital/family problems, financial issues, legal matters, etc. Counselors through the EAP are available 24/7 year-round.  More information or assistance available at 1-877-259-3785 or www.lifebalance.net.

**Professional Development**
The Professional Development Program is available to all County employees.  The trainings/workshops address a variety of work-related issues.  Some trainings/workshops are focused on a particular employee group while many are open to all employees.  Course offerings and registration forms are available on eCentral.

## TIME OFF

**Vacation Time**
Full-time regular employees shall accrue, on a bi-weekly pay period basis, paid vacation days in accordance with the following schedule unless otherwise noted by the employees' collective bargaining agreement.

| Years of Service | Days Accrued Per Month | Days Accrued Per Year |
|---|---|---|
| 1 | 1.0 | 12 |
| 2 – 5 | 1.25 | 15 |
| 6 – 10 | 1.50 | 18 |
| 11 – 15 | 1.67 | 20 |
| 16 – 21 | 1.83 | 22 |
| 22+ | 2.08 | 25 |

Part-time regular employees shall accrue vacation time pro-rated to actual time worked. Vacation time banks may accrue no more than twice the annual time (Sheriff Department may accrue no more than three times the annual time).  Any vacation time in excess shall be paid out as of December 31st at 50% of its value.
Vacations may be taken after the completion of probationary employment.  Vacations must be requested in advance and have prior approval from your supervisor.

**Sick Time**
Full-time regular employees shall accrue one sick day per month which may be accrued up to one-hundred-twenty (120) days.
Part-time regular employees shall accrue sick time time pro-rated to actual time worked. Employees, at their option, may elect to convert accumulated sick days in excess of one-hundred-twenty (120) days to vacation days at the rate of two sick days to one vacation day (2:1). Sick time may be taken after the completion of probationary employment.  If you have an illness which lasts five or more working days, you must present a physician's note.

**Bereavement Leave**

Regular employees shall be granted three (3) days of bereavement leave with pay in the event of a death in the immediate family. In cases of a death of a spouse, parent, sibling and children of the employee to the employee's spouse, an additional two (2) days of paid leave shall be granted. Employees may be required to provide proof of relationship to the deceased.

The definition of immediate family may vary by collective bargaining agreements. Review your collective bargaining agreement for more details.

**Jury Duty**

Notify your supervisor as soon as notification for jury duty is received. Regular employees shall be eligible for a paid leave equal to their regular hourly wage/salary when they are assigned to jury duty.

**Personal Time**

Regular employees shall be allowed five (5) days per year to use as personal business days which shall not exceed one (1) day at a time, unless otherwise specified by collective bargaining agreements. Such leave days shall be charged against the employees' accrued vacation time. Employees may choose, as an option, to charge two (2) personal leave days to their sick time accrual, unless otherwise specified by collective bargaining agreements.

Employees utilizing vacation accrual as paid personal business leave shall notify their supervisor at least three (3) days in advance. In urgent cases, employees shall notify their supervisor no later than the starting time of their shift. Failure to properly notify the supervisor may be cause for denial of compensation for personal business leave time.

## LEAVING COUNTY EMPLOYMENT

**Resignation**

Employees who plan to resign voluntarily must notify their Department Head of their intention in writing at least two (2) weeks before the effective date of resignation. Upon submitting the resignation, contact Human Resources to schedule an exit interview.

**Retirement**

Employees who plan to retire from employment must notify their Department Head of their intention in writing at least two (2) weeks before the effective date of retirement. Employees must also notify Human Resources at least thirty (30) days in advance and complete the Notice Of Intent.

**Layoff and Recall from Layoff**

If it becomes necessary for the County to layoff employees, employees will be laid off on a departmental basis and based on their total amount of credited service and their ability to perform the job. Employees with the least amount of credited service would be laid off first and when recall from layoff takes place, employees with the most credited service on layoff will be recalled first. Employees will receive layoff notice at least two (2) weeks prior to layoff.

**Dismissal**

Probationary employees may be dismissed with or without cause during their probationary period. All other dismissals are for cause.

## ADDITIONAL INFORMATION

**Workday**

Most County departments work 7.5 hours per day, Monday through Friday, 8:30 a.m. - 5:00 p.m. with a 1-hour unpaid lunch period. Some departments may vary from this schedule.

**Work Breaks**

Employees may take two (2), separate work breaks of fifteen (15) minutes each during the workday.  These breaks cannot be used to cover late arrival, early departure, or to extend the lunch break.

**Parking**

For employees working in downtown Ann Arbor, the expense of downtown parking is funded in part by the County and a nominal fee is assessed to the employee.

**Outside Employment**

Employees may engage in outside or supplemental employment if the employment, activity or enterprise is not inconsistent, incompatible, or in conflict with their duties as County employees or with the duties, functions, or responsibilities of the County department to which they are assigned.  Employees should inform their Department Head of any such outside employment.

**Probationary Period**

All new employees have probationary periods of six (6) months to one (1) year unless otherwise defined in a collective bargaining agreement.

**Performance Evaluations**

Evaluations shall be performed on the employee's first anniversary date, and subsequently on every anniversary date thereafter.  All new employees who are intended to become regular County employees shall receive a written evaluation at the mid-point and the end of the probationary period in order to document satisfactory job performance during their probationary period.  Additional evaluations may be performed as deemed necessary by the Department Head.

**Raises and Pay Increase**

Employees under collective bargaining agreements receive annual increase based on satisfactory performance on their anniversary date.  Non-union employees receive annual increases based on satisfactory performance at the time of their performance evaluation.

**Inclement Weather**

On occasion it may be necessary to delay the start of a workday or close the County departments for an entire day due to inclement weather.  Notifications of County closings or delayed openings are broadcast on WAAM radio, AM 1600.

## IMPORTANT THINGS TO KNOW

**Affirmative Action**

The Affirmative Action Plan shall consist of positive steps for assuring the implementation of the Equal Employment Opportunity Principles.  The County's Affirmative Action Plan shall emphasize the elimination of barriers to the recruitment of qualified applicants in an attempt to ensure that all hiring and promotional decisions are completely free from bias.  The Affirmative Action Plan shall also include a grievance procedure that assures that any applicant for County employment, current County employee, or former County employee may appeal any case of alleged discrimination to an impartial body whose determination shall be final and binding on the County.  Further details on the County's Affirmative Action Plan can be found in the Washtenaw County Policies and Procedures located on eCentral.

8

**Sexual Harassment**

It is the policy of Washtenaw County that employees or members of the public shall not be sexually harassed by any County employee.

All complaints of sexual harassment will be investigated promptly and where necessary, immediate appropriate action will be taken to stop and remedy any such conduct. Any supervisor, agent or employee found in violation of this policy is subject to disciplinary action, including discharge.

Any employee who feels that he or she has been or is being subjected to sexual harassment is urged to immediately contact the designated officials (see below) and to make a written report of such harassment.

Further details on this matter are found in the County's Sexual Harassment Policy located on eCentral.

**Safety Philosophy**

It is the desire of Washtenaw County to provide a safe working environment for all employees as well as to comply with the Michigan Occupational Safety and Health Act, otherwise known as MIOSHA.

**Time Sheets**

All employees must complete and submit a bi-weekly timesheet on eCentral in order to receive compensation for hours works. All timesheets must be submitted by the Friday before payday. Employees may be required to submit a time sheet earlier if a holiday falls within the pay period.

**Punctuality and Attendance**

The County expects its employees to be at work at the appointed starting time each day. Tardiness may be excused if, in the opinion of the supervisor, extenuating or unavoidable circumstances prevented the employee from reporting to work on time. Excessive tardiness may be grounds for disciplinary action.

Employees are expected to report to work each day. Any employee who is absent, for any reason, must notify their Department Head or supervisor within one (1) hour of the start of the work period whenever possible. Excessive absences may be grounds for disciplinary action.

**Gifts and Favors**

County employees may not accept gifts, gratuity, or benefit offered while acting as a representative of the County.

**Political Activity**

County employees may not engage in political activity of any kind during working hours or while off duty wearing a uniform or other identifying insignia of County office or employment. Employees who wish to run for public office must resign or obtain a leave of absence if elected or appointed to a public office. If your county job is wholly or partly funded by Federal Funds, you are subjected to the more restrictive Hatch Act which prohibits an employee from becoming a candidate for an elective public office in a partisan election.

**Changes In Your Personal Information**

It is your responsibility to update the County with any changes in your personal information within 30 days so that records and insurances may be adjusted. When possible, MUNIS ESS (Employee self-service) should be used.

**Identification Cards**

Identification cards are issued to all employees on their date of hire and must be worn at all times while at work.

**Evacuation of Buildings**
> All County worksites should have building evacuation procedures which should be followed in the event it becomes necessary to evacuate the building for emergencies.

**Cobra Coverage**
Employees and their dependents covered under the Company's group insurance benefit plans may be eligible to elect to continue their coverage upon certain "qualifying events," such as a reduction in hours resulting in ineligibility for benefits, termination of employment (except for serious misconduct) or dissolution of marriage. Employees who are covered under group insurance programs must notify the Human Resources Representatives, within certain timeframes, of changes in status which could result in a change in eligibility for benefits. The Human Resources Representative, after such notice, will provide information on the employee's or the dependent's right to continuation of coverage and the cost of such coverage. Eligible employees must apply and timely pay premiums to obtain and continue COBRA coverage. If you have any questions about continuation of coverage, please contact the Human Resources Representatives.

**PERSONNEL POLICIES AND PROCEDURES MANUAL**

The following is the Table of Contents of the complete Washtenaw County Policies & Procedures to which reference has been made throughout this handbook.  These Policies & Procedures are also available on **eCentral**.

| TITLE | EFFECTIVE DATE | RESOLUTION NUMBER |
|---|---|---|
| Administrative Review | 4/20/2005 | 05-0081 |
| Affirmative Action | 7/01/2015 | 15-0120 |
| Affirmative Action Plan | 7/01/2015 | 15-0120 |
| Alternative Appeals for Charges of Discrimination | 4/10/2005 | 05-0081 |
| American with Disabilities Act Compliance | 4/20/2005 | 05-0081 |
| Authorizing Funds for Substitutes to Cover Extended Absences Caused by Illness | 4/20/2005 | 05-0081 |
| Bereavement Leave | 4/20/2005 | 05-0081 |
| Breaks | 4/20/2005 | 05-0081 |
| Conference, Workshops and Seminars | 4/20/2005 | 05-0081 |
| Contractual Obligations | 4/20/2005 | 05-0081 |
| Current Employee Preference | 4/20/2005 | 05-0081 |
| Deferred Compensation Plan Approval | 4/20/2005 | 05-0081 |
| Department Head Grievances and Appeals | 4/20/2005 | 05-0081 |
| Departmental Work Rule Approval | 4/20/2005 | 05-0081 |
| Drug-Free Workplace | 4/20/2005 | 05-0081 |
| Educational Leave | 4/20/2005 | 05-0081 |
| Eligibility Examination | 4/20/2005 | 05-0081 |
| Employee Appeal | 4/20/2005 | 05-0081 |
| Employee Assistance Program | 4/20/2005 | 05-0081 |
| Employee Compensation for Temporary Assignments | 4/20/2005 | 05-0081 |
| Employee Grievances – General | 4/20/2005 | 05-0081 |
| Employee Separation | 4/20/2005 | 05-0081 |
| Employee Training and Development | 4/20/2005 | 05-0081 |
| Employment of Relatives/Nepotism | 4/20/2005 | 05-0081 |

| | | |
|---|---|---|
| Extended Illness Leave/Illness in Immediate Family Leave | 4/20/2005 | 05-0081 |
| Eye Protection | 4/20/2005 | 05-0081 |
| Filing of Applications | 4/20/2005 | 05-0081 |
| General Disciplinary Action | 4/20/2005 | 05-0081 |
| Gifts and Favors | 4/20/2005 | 05-0081 |
| Holiday Provisions | 4/10/2005 | 05-0081 |
| Implementation of EEO Policy and Affirmative Action Plan | 4/20/2005 | 05-0081 |
| Insurance: Health, Life and Long-term Disability | 4/20/2005 | 05-0081 |
| Jury Duty | 4/20/2005 | 05-0081 |
| Maternity/Child Care Leave | 4/20/2005 | 05-0081 |
| Military Leave | 4/20/2005 | 05-0081 |
| National Guard and Military Reserve Duty | 4/20/2005 | 05-0081 |
| Negative Sick Time Accrual | 4/20/2005 | 05-0081 |
| Organization of the Personnel System | 4/20/2005 | 05-0081 |
| Outside Employment | 4/20/2005 | 05-0081 |
| Overtime Compensation for Exempt Employees | 4/20/2005 | 05-0081 |
| Overtime Payment for Non-exempt Employees | 4/20/2005 | 05-0081 |
| Pallbearer for an Employee | 4/20/2005 | 05-0081 |
| Parking Facilities | 4/20/2005 | 05-0081 |
| Part-time Employment Rates | 4/20/2005 | 05-0081 |
| Pay Rates in Promotion, Demotion, Reclassification and Transfer | 4/20/2005 | 05-0081 |
| Payment of Interns | 4/20/2005 | 05-0081 |
| Payment of Temporary Employees | 4/20/2005 | 05-0081 |
| Payment to Survivors of Employees | 4/20/2005 | 05-0081 |
| Payment Upon Separation from County Employment | 4/20/2005 | 05-0081 |
| Performance Evaluation and Merit Increases-Department Heads | 4/20/2005 | 05-0081 |
| Performance Evaluation-Employees | 4/20/2005 | 05-0081 |
| Personal Business Leave | 4/20/2005 | 05-0081 |
| Personal Leave | 4/20/2005 | 05-0081 |
| Personnel Functions | 4/20/2005 | 05-0081 |

| | | |
|---|---|---|
| Personnel Records Maintenance | 4/20/2005 | 05-0081 |
| Pre-employment Medical Examination | 4/20/2005 | 05-0081 |
| Pre-employment Processing and Orientation for New Department Heads | 4/20/2005 | 05-0081 |
| Pre-employment Processing and Orientation for New Employees | 4/20/2005 | 05-0081 |
| Probationary Period -Appointed Department Heads | 4/20/2005 | 05-0081 |
| Probationary Period of Employment – Employees | 4/20/2005 | 05-0081 |
| Prohibiting Discrimination in Employment | 9/04/2013 | 13-0144 |
| Promotions and Transfers | 4/20/2005 | 05-0081 |
| Public Service Leave | 4/20/2005 | 05-0081 |
| Purpose of the Classification Plan | 4/20/2005 | 05-0081 |
| Recruitment Sources | 4/20/2005 | 05-0081 |
| Rejection of Applications | 4/20/2005 | 05-0081 |
| Restricted Political Activity | 4/20/2005 | 05-0081 |
| Retirement Benefits | 4/20/2005 | 05-0081 |
| Return to County Employment | 4/20/2005 | 05-0081 |
| Rights of County Employees During Major Disasters | 4/20/2005 | 05-0081 |
| Salary of Trainees | 4/20/2005 | 05-0081 |
| Sexual Harassment | 7/01/2015 | 15-0120 |
| Shift Differential | 4/20/2005 | 05-0081 |
| Sick Leave | 4/20/2005 | 05-0081 |
| Solicitations | 4/20/2005 | 05-0081 |
| Special Salary Provisions | 4/20/2005 | 05-0081 |
| Splitting and Combining Positions | 4/20/2005 | 05-0081 |
| Statement of Equal Employment Opportunity | 9/04/2013 | 13-0144 |
| Statement of the Federal Fair Labor Standards Act Regarding Payment of Overtime | 4/20/2005 | 05-0081 |
| Suspension | 4/20/2005 | 05-0081 |
| Temporary Employees and Labor Services | 4/20/2005 | 05-0081 |
| Termination of Employment | 4/20/2005 | 05-0081 |
| Tuition Reimbursement | 4/20/2005 | 05-0081 |

13

**Employee Guidebook Acknowledgment**

I acknowledge that I have received and read the Washtenaw County Employee Guidebook. I understand that it is my responsibility to familiarize myself with the policies, procedures, and guidelines outlined within.

By signing below, I confirm that I am aware of the expectations set forth by Washtenaw County and agree to comply with all policies mentioned in the Employee Guidebook. I am aware that this guidebook is not inclusive of all policies, though all policies are accessible through eCentral or through Human Resources. I understand that failure to adhere to these policies may result in disciplinary action, up to and including termination of employment.

**Employee Information:**

**Employee Name:** _____

**Department:** _____

**Date of Acknowledgment:** _____

**Employee Signature:** _____