# UNITED STATES DSICTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

FELICIA RUTLEDGE,

      Plaintiff,                             Case No. 4:26-cv-11812

                                                Hon. Shalina D. Kumar

v.

WASHTENAW COUNTY, THE
WASHTENAW COUNTY SHERIFF'S
OFFICE, ALYSHIA DYER, MATTHEW
HARSHBERGER, and JEREMIAH
RICHARDSON,

      Defendants.

_____

## <u>VOLUNTARY DISMISSAL BY PLAINTIFF</u>

Plaintiff FELICIA RUTLEDGE, by and through her attorneys, Croson, Taub, & Michaels, PLLC, files this notice of Voluntary Dismissal *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendants Washtenaw County, The Washtenaw County Sheriff's Office, Alyshia Dyer, Matthew Harshberger, and Jeremiah Richardson. To date, no Defendant has served either an answer or motion for summary judgement. Accordingly, Plaintiff notices voluntary dismissal of this action, *without prejudice*. *See* Fed. R. Civ. P. 41(a)(1)(B).

                                        */s/Joseph X. Michaels*
                                        Joseph X. Michaels (P79084)
                                        Croson, Taub, & Michaels, PLLC

Attorneys for Plaintiff
455 E. Eisenhower Pkwy, Ste. 75
Ann Arbor, MI 48018-3335
(734) 519-0872
jmichaels@ctmlawyers.com

Dated:          June 9, 2026

2